THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KARLIS and TESSIE MALLOY, Appellants.— Judgments of conviction and orders affirmed. All concur. (Appeal from judgments of Erie County Court, convicting both defendants of the crime of perjury, first degree. The orders deny motion for a new trial and in arrest of judgment.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

ALFIO BONOCORSI, Respondent, v. CHOUGUEN HOTEL CORPORATION et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Oswego Trial Term, for plaintiff in a negligence action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

HARVEY M. STEWART, as Executor of MABEL S. WEBBER, Deceased, Respondent, v. JOHN W. FORREST, as Administrator of the Estate of RUTH M. FORREST, Deceased, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Trial Term, for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

LLOYD HODGSON, Plaintiff, v. ALBERT ELIA BUILDING CO. et al., Defendants. WALTER S. KOZDRANSKI CO., INC., Defendant and Third-Party Plaintiff-Respondent, v. FRANCIS JANUSZEWSKI, Third-Party Defendant-Appellant.— Order reversed, with $10 costs and disbursements to appellant and motion granted, with $10 costs, with leave to the respondent to serve an amended third-party complaint within twenty days after service of a copy of the order with notice of entry thereof, upon payment of the costs of the motion and of this appeal, upon the ground that the third-party complaint fails to state a cause of action. All concur. (Appeal from an order of Niagara Special Term, denying a motion by the third-party defendant for an order dismissing the third-party complaint, in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

GOODWIN NUSBAUM, Respondent, v. G. D. GEORGE CO., INC., Defendant, and RAYMOND & HELLER, INC., et al., Appellants.— Judgment and amended judgment insofar as appealed from reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. The finding of fraud was against the weight of evidence. All concur, except Goldman, J., who dissents and votes for affirmance. (Appeal from part of a judgment and an amended judgment of Monroe Trial Term, for plaintiff in an action for damages for fraud and misrepresentation.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.